## City of Chicago, Appellee, v. Louis B. Cohen, Appellant.

### Gen. No. 23,164.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed November 30, 1917.

### Statement of the Case.

Action by the City of Chicago, plaintiff, against Louis B. Cohen, defendant, to recover a penalty not exceeding $200 for a violation of sections 1823 and 1848 of the Chicago Code of 1911. From a finding that defendant was guilty and a judgment assessing a fine of $25 against him, defendant appeals.

GEORGE B. COHEN, for appellant.

SAMUEL A. ETTELSON and HARRY B. MILLER, for appellee; DANIEL WEBSTER and RUPERT F. BIPPUS, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 864*—*when cause of action in proceeding to recover penalty for using water-closet not vented or revented is not made out.* On a proceeding to recover a penalty for the violation of an ordinance of the City of Chicago (Code 1911, secs. 1823, 1848) by using a water-closet which was not vented or revented, where it does not appear in the statement of claim or in the evidence that defendant was in any way connected with the premises whether by possession or ownership, a cause of action is not made out.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.